## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RYAN PFLIPSEN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE No. 5:24-cv-57-JKP** |
| **TIA'S TACO HUT d/b/a** | ) | |
| **BAYEH'S PROPERTIES, LLC** | ) | |
| | ) | |
|     **Defendant(s).** | ) | |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully files this unopposed motion with the Court to dismiss the Defendant(s) with prejudice, in that all issues pertinent to this litigation have appropriately addressed by the Parties, thereby necessitating the dismissal of the instant lawsuit.

As a result, the Plaintiff would respectfully request that the Court hereby dismiss the within action with prejudice as of the date of the filing of the instant pleading.

Respectfully submitted,

                                                      **KURZ LAW GROUP, LLC**
                                                      3455 Cobb Parkway, SE, Suite J-285
                                                      Atlanta, GA 30339
                                                      www.kurzlawgroup.com
                                                      (404) 805-2494 Telephone
                                                      (770) 428-5356 Facsimile
                                                      By:  */s/ Dennis R. Kurz*
                                                                 Dennis R. Kurz
                                                                 Texas State Bar No. 24068183
                                                                 dennis@kurzlawgroup.com
                                                       **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 1st day of May 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

**R. Carlo Garcia, Esq.**
**Olivia, Saks, Garcia,& Curiel, LLC**
14255 Blanco Road
San Antonio, Texas 78216
*Representative for Defendant,*
*Tia's Taco Hut d.b.a*
*Bayeh's Properties, LLC*

                                                     */s/ Dennis R. Kurz*
                                                     Dennis R. Kurz